UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**F I L E D**
DEC - 5 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:13-CR-28-GFVT

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                    **MOTION OF UNITED STATES
                      FOR ISSUANCE OF ARREST WARRANT**

**TIMOTHY ALEXANDER CONLEY**                                       DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Timothy Alexander Conley, returnable forthwith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: _____
Andrew T. Boone
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4841
FAX (859) 233-2747
andrew.boone2@usdoj.gov