**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION DISTRICT**
**FRANKFORT**

Eastern District of Kentucky
**F I L E D**

DEC 0 9 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL NO. 3:13-CR-28-GFVT**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**V.**                                **ORDER**


**TIMOTHY ALEXANDER CONLEY**
**KENNETH LEE GAMBILL**
**RUTH L. GAMBILL**                                    **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon the motion of the United States, the Court hereby ORDERS that the

Indictment and all pleadings in this matter shall be UNSEALED.


On this ___9th___ day of ___December___, 2013.



_____
UNITED STATES MAGISTRATE JUDGE